UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SERAFIN NATIVIDAD, et al.,<br><br>                Plaintiff(s),<br><br>vs.<br><br>NEW PENN FINANCIAL, LLC,<br><br>                Defendant(s). | Case No. 2:15-cv-01829-GMN-NJK<br><br>ORDER |

      Plaintiffs are proceeding in this case *pro se*. While the Court construes the filings of *pro se* parties liberally, they are still required to comply with applicable rules. *See, e.g.*, *Ghazali v. Moran*, 46 F.3d 52, 54 (9th Cir. 1995). In this instance, Plaintiffs were required to initiate the scheduling of a conference as required by Rule 26(f) of the Federal Rules of Civil Procedure and participate in the creation of a proposed discovery plan. *See* Local Rule 26-4. Despite contact by Defendant's counsel through both email and telephone, Plaintiffs did not do so. *See* Docket No. 15. The Court will enter a scheduling order notwithstanding that deficiency. Nonetheless, the Court **CAUTIONS** Plaintiffs that they are required to comply with all applicable rules and **the failure to do so in the future may result in the imposition of sanctions, up to and including dismissal of their case**.

      IT IS SO ORDERED.

      DATED: January 13, 2016

                                                _____
                                                NANCY J. KOPPE
                                                United States Magistrate Judge