1  J. Christopher Jorgensen (SBN 5382)
   E-mail:cjorgensen@lrrc.com
2  LEWIS ROCA ROTHGERBER CHRISTIE LLP
   3993 Howard Hughes Pkwy, Suite 600
3  Las Vegas, NV 89169
   Tel: 702.949.8200
4  Fax: 702.949.8398

5  *Attorneys for Defendant*
   *New Penn Financial, LLC dba*
6  *Shellpoint Mortgage Servicing*

7

                    UNITED STATES DISTRICT COURT
8
                         DISTRICT OF NEVADA
9

10 | Serafin Natividad & Carolina Natividad,

11 |                                Plaintiff(s),         Case: 2:15-cv-01829-GMN-NJK

12 |        vs.                                           **STIPULATION AND ORDER FOR
                                                         DISMISSAL PURSUANT TO FED. R. CIV.**
13 | New Penn Financial, LLC d/b/a Shellpoint            **P. 41(a)(1)(A)(ii)**
    Mortgage Servicing,
14
                                Defendant(s).
15

7715727_1

1  TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF
2  RECORD HEREIN:
3      **IT IS HEREBY STIPULATED** by and between Plaintiffs Serafin Natividad & Carolina
4  Natividad, on the one hand, and Defendant New Penn Financial, LLC dba Shellpoint Mortgage
5  Servicing, on the other hand, that the above-captioned action shall be dismissed in its entirety
6  pursuant to Fed. R. Civ. Pr. 41(a)(1)(A)(ii), with each party to bear their own fees and costs.
7  DATED: May 23, 2016                    LEWIS ROCA ROTHGERBER LLP

                                                                                         /s/ J. Christopher Jorgensen
                                                                                         J. Christopher Jorgensen
                                                                                         3993 Howard Hughes Pkwy., #600
                                                                                         Las Vegas, Nevada 89169

                                                                                         *Attorneys for Defendant New Penn Financial,*
                                                                                         *LLC dba Shellpoint Mortgage Servicing*

DATED: 05/27/16                    Plaintiff Serafin Natividad

                                                                Serafin Natividad

DATED: 05/27/16                    Plaintiff Carolina Natividad

                                                                Carolina Natividad

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: June 1, 2016